**Opinion issued July 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-26-00693-CV

————————————————

## IN RE RAYMOND E. CARR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Raymond E. Carr has filed a petition for writ of mandamus complaining of the justice court's failure to set a pretrial conference.[1]

Because we have no jurisdiction to issue a writ of mandamus against a justice court, and relator has not demonstrated any threat to our jurisdiction, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. *See* TEX.

---

[1] The underlying case is *Raymond E. Carr v. Houston Food Bank and Joseph House*, cause number 241200176401, pending in the Justice of the Peace Precinct 1 Place 2 of Harris County, Texas, the Honorable Steven M. Duble presiding.

GOV'T CODE § 22.221(a)–(c); *see also In re Castro*, No. 02-23-00489-CV, 2024 WL 23627, at *1 (Tex. App.—Fort Worth Jan. 2, 2024, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus for want of jurisdiction where relator challenged "actions of a justice of the peace"); *In re Garcia*, No. 13-18-00651-CV, 2018 WL 6219254, at *2 (Tex. App.—Corpus Christi–Edinburg Nov. 28, 2018, orig. proceeding) (mem. op.) ("This Court does not have jurisdiction to issue a writ of mandamus against a justice of the peace."). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.